**Order entered September 26, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00359-CV

**ENVIRODIGM, INC.; MICRO SPACE INNOVATIONS, LLC D/B/A GREEN POLYMER SYSTEMS; AND KORNODO FIRE SYSTEMS, INC.,**
**Appellants**

**V.**

**TEXAS INSTRUMENTS INCORPORATED, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-20259**

## ORDER

Before the Court is appellee's September 23, 2022 second unopposed motion for extension of time to file its brief. Appellee seeks a thirty-day extension.

We **GRANT** the motion and **ORDER** the brief be filed no later than October 26, 2022. We caution appellee that further extension requests will be disfavored.

/s/     BONNIE LEE GOLDSTEIN
        JUSTICE